Kevin L. **STRICKLAND**, Appellant,

v.

**STATE of Missouri**, Respondent.

No. WD37656.

Missouri Court of Appeals,
Western District.

Jan. 13, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied
April 14, 1987.

Sean O'Brien, Public Defender, Kansas City, David J. Durbin, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, J., Presiding, and PRITCHARD and DIXON, JJ.

Movant appeals from the trial court's judgment, after an evidentiary hearing, denying his 27.26 motion.

Affirmed. Rule 84.16(b).